UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIMBERLY D. ALLEN,                                      CIVIL NO.10-4747 (SRN/JSM)

      Plaintiff,

v.                                                          <u>ORDER</u>

WILFORD & GESKE; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., a/k/a MERS; FEDERAL
NATIONAL MORTGAGE ASSOCIATION
a/k/a FANNIE MAE; SCOTT COUNTY MN
SHERIFF; and ELIZABETH SOLL,

      Defendants.

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 5, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

      IT IS HEREBY ORDERED that this action is dismissed without prejudice.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 24, 2011

                                                          <u>s/ Susan Richard Nelson</u>
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge